**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.                                    Case No. 2:19-CR-20769
                                          Hon. Paul D. Borman

KHALIL HAAMID

    Defendant.

**STIPULATION TO ALLOW OUT OF STATE TRAVEL**

IT IS HEREBY STIPULATED AND AGREED that KHALIL HAAMID shall be allowed to travel from the State of Michigan to Tuskegee, Alabama, from the time periods of December 29, 2020 to January 5, 2020.  The stipulation and agreement are based on Defendant Haamid's request to this Honorable Court to visit his father who was earlier incapacitated following suffering a stroke and who continues in poor health, prior to Defendant's upcoming incarceration.

| | |
|---|---|
| /s/     Robert Jerome White *with consent* | /s/ Stephon E. Johnson *with consent* |
| AUSA  ROBERT WHITE (P_____) | STEPHON E. JOHNSON (P39546) |
| Assistant United States Attorney | Attorney for Defendant Haamid |
| 211 W. Fort St., Ste. 2001 | 18444 W. 10 Mile Rd., Ste. 204 |
| Detroit, MI 48226 | Southfield, MI 48075 |
| (313) 269-____ | (248) 469-8847 |
| | |
| Dated:  December 23, 2020 | Dated:  December 23, 2020 |

1

2

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

Case No. 2:19-CR-20769

v.

HON. PAUL D. BORMAN

KHALIL HAAMID,
        Defendant.
_____/

## ORDER GRANTING OUT OF STATE TRAVEL

Based upon the stipulation of the parties;

    IT IS HEREBY ORDERED that KHALIL HAAMID shall be allowed to travel from the State of Michigan to Tuskegee, Alabama from the time periods of December 29, 2020 to January 5, 2020.


Dated: _____ , 2020                     /s/_____
                                                        United States District Judge